# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 10, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156430(57)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

KELLI MARIE WORTH-McBRIDE,
     Defendant-Appellant.

_____/

SC:  156430
COA:  331602
Wayne CC:  13-000575-FC

On order of the Chief Justice, the motion to extend the time for filing the defendant-appellant's supplemental brief is GRANTED.  The supplemental brief submitted on August 9, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 10, 2018



Clerk